# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 629 EAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| ROBERT L. GREEN, | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 630 EAL 2015 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| RYAN BAKER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 28th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.


   Mr. Justice Eakin did not participate in the decision of this matter.